FILED IN
COURT OF CRIMINAL APPEALS

March 25, 2015

ABEL ACOSTA, CLERK

PD-0319-15

PD-0319-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/23/2015 4:51:26 PM
Accepted 3/25/2015 2:34:52 PM
ABEL ACOSTA
CLERK

**LAURA KNIGHT**
**219 DOLAN ST.**
**EL PASO, TEXAS 79905**

**Telephone Number (915) 471-7498**
**E-Mail Address: SalomeIknight3714@att.net**

**MARCH 23,2015**

**Clerk of the Court**
**The Texas Court of Criminal Appeals**
**209 West 14th St. Suite 106**
**Austin, Texas 78701**

**Re:**    **Request for Assignment of PDR Number**
          **&**
          **Request for Extension of Time to file Appellant Brief**

          **LAURA KNIGHT**
          **Appellant**
          **v.**
          **THE STATE OF TEXAS**
          **Appellee**

          **APPELLANT'S PETITION FOR DISCRETIONARY REVIEW of the**
          **EIGHTH COURT OF APPEALS JUDGMENT in No. 08-12-00355-CR**
          Affirming conviction in Cause No. **20090D02461** from the
          346th Judicial District Court of El Paso County, Texas

Dear Sir:

My name is Laura Knight and I am attempting to file a "pro-se" appeal for discretionary review in your court.

I called your court clerk today, Mr. Mark Adams, to request a PD Number and an extension of time as to the due date for filing an appellant's brief. I am informed that I can write to your court as to my request.

I am not an attorney and I do not have the funds to hire an attorney. I believe that my conviction is not right and I want to appeal from the denial of the Motion for Re-Hearing that was denied on February 25,2015 by the 8th Court of Appeals.

I believe that my appellant's brief is due in your court on March 27, 2015. By this letter I request an extension of at least 60 days to file my appellant's brief. My reason for not being able to meet my initial deadline is that I do not have the training or experience of

an attorney doing an appeal. I am using the law library of the El Paso County Courthouse and their form books to figure out your rules and forms to make good my appeal. The other reason I have was that the certificate of appeal that the 8th Court of Appeals send to me on affirming my conviction was mailed by regular mail to my aunt's home instead of my home and I received it about eight days late.

I am asking for a PD Number because the Clerk of the 8th Court of Appeals told me that only your court could issue me such a number.

I am asking for the extension of time because I could not prepare an appellant's brief in less than three weeks.

I want an opportunity to pursue an appeal with your court and I can not do so on such short notice.

Respectfully,

Laura Knight